UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adrien Le Falher,<br><br>                              Plaintiff,<br>v.<br><br>Universal Technologies LLC,<br><br>                              Defendant. | Civil Action No: 1:23-cv-1029 (FJS/CFH) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by, between, and among Plaintiff, Adrien Le Falher, on the one hand, and Defendant, Universal Technologies LLC, on the other (together, the "Parties"), that, a consensual settlement having been reached as to the above-captioned matter, the Parties hereby dismiss with prejudice all claims brought herein, including Plaintiff's Complaint, filed August 21, 2023, with each side bearing its own costs and attorneys' fees.

Dated: November 28, 2023

| | |
|---|---|
| /s/ Joseph A Dunne<br>Joseph Dunne, Esq.<br>SRIPLaw<br>175 Pearl Street, 3rd Floor<br>Brooklyn, NY 11201<br>Telephone: 929-200-8446<br>Facsimile: 561-404-4353<br>Email: joseph.dunne@sriplaw.com<br><br>*Attorney for Plaintiff, Adrien Le Falher* | /s/ Thomas L. Sica<br>Thomas L. Sica, Esq.<br>HESLIN ROTHENBERG FARLEY<br>& MESITI P.C.<br>5 Columbia Circle<br>Albany, NY 12203<br>Telephone: 518-452-5600<br>Facsimile: 518-452-5579<br>Email: thomas.sica@hrfmlaw.com<br><br>*Attorneys for Defendant, Universal Technologies LLC* |

SO ORDERED this  6th  day of  December  2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge